# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-01683-REB-CBS

FIBER OPTIC DESIGNS, INC., a Pennsylvania corporation, and
HOLIDAY CREATIONS, INC., a Colorado corporation,

    Plaintiffs,

vs.

NEW ENGLAND POTTERY, LLC, a Delaware corporation,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY

**Blackburn, J.**

The matter before me is the parties' **Joint Motion to Stay Pending Reexaminiation of the Patent-in-Suit** [#34] filed February 20, 2009. Having reviewed the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Stay Pending Reexaminiation of the Patent-in-Suit** [#34] filed February 20, 2009, is **GRANTED**;

2. That this action is **STAYED** pending the outcome of the United States Patent and Trademark Office's re-examination of United States Patent No. 7,220,022;

3. That the parties **SHALL FILE** periodic status reports with the court, commencing April 20, 2009, and every **sixty (60) days** thereafter until the Patent Office issues its decision on re-examination, regarding the status of the re-examination of United States Patent No. 7,220,022;

4.  That within **seven (7) business days** of the Patent Office's decision on re-examination on United States Patent No. 7,220,022 (including all appeals or expiration or the time to appeal), plaintiff, Fiber Optic Designs, Inc., **SHALL NOTIFY** the court of the decision of the Patent Office; and

5.  That within **fourteen (14) days** of the Patent Office's decision on re-examination on United States Patent No. 7,220,022 (including all appeals or expiration or the time to appeal), the parties **SHALL FILE** a joint report to the court stating whether further proceedings before this court are necessary, as well as a proposed schedule for the conduct of any proposed proceedings. If further proceedings are deemed necessary, the joint report shall include a motion requesting a telephonic motions setting conference with the court's Administrative Assistant, Susan Schmitz.

Dated February 20, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge