IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv–1683-REB-CBS

FIBER OPTIC DESIGNS, INC., and
HOLIDAY CREATIONS, INC.,

    Plaintiffs,

v.

NEW ENGLAND POTTERY, LLC,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court pursuant to the Order of Reference to United States Magistrate Judge (*doc. # 44*) entered on August 24, 2009, and the Memorandum (*doc. # 45*) referring Defendant's Motion to Lift Stay for the Sole Purpose of Hearing Defendant's Motion for Expert Fees (*doc. # 38*).

    IT IS ORDERED that Defendant's motion is GRANTED, only as it relates to lifting the stay in order to address expert fees. The court will address the substantive issue of expert fees for Mr. Jordan Rotheiser during a hearing set for **September 16, 2009 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    August 28, 2009