**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01683-REB-CBS

FIBER OPTIC DESIGNS, INC., a Pennsylvania corporation, and
HOLIDAY CREATIONS, INC., a Colorado corporation,

    Plaintiffs,

v.

NEW ENGLAND POTTERY, a Delaware corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter comes before the court *sua sponte*. The parties have advised the court that the United States Patent and Trademark Office ("USPTO") has completed the reexamination proceedings with respect to the patent-in-suit, United States Patent No. 7,220,022. On September 7, 2010, the USPTO issued an Inter Partes Reexamination Certificate cancelling all claims asserted against New England Pottery, LLC. Plaintiffs are currently taking steps with respect to its appellate options. Pending the filing of a further status report, I have concluded that the matter should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this action is **ADMINISTRATIVELY CLOSED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated September 17, 2010, at Denver, Colorado.

                            **BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge