IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01683-REB-CBS

FIBER OPTIC DESIGNS, INC., and
HOLIDAY CREATIONS, INC.,

    Plaintiffs,

v.

NEW ENGLAND POTTERY, LLC,

    Defendant.

**ORDER GRANTING MOTION TO REOPEN TO FACILITATE
AGREED DISMISSAL WITH PREJUDICE**

**Blackburn, J.**

    The matter is before me on the **Motion To Reopen For Purpose of Agreed Dismissal With Prejudice** [#56][1] filed May 2, 2012. After reviewing the motion and the file, I conclude that the motion should be granted and that this case should be reopened for the purpose of dismissing this case as stipulated by the parties.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion To Reopen For Purpose of Agreed Dismissal With Prejudice** [#56] filed May 2, 2012, is **GRANTED**;

    2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

    3. That the stipulated voluntary dismissal pursuant to FED. R. CIV. P. 41(a)(2), is

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**APPROVED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 3, 2012, at Denver, Colorado.

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge